

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00764-CV

**IN THE INTEREST OF R.J.Y.**, a Child

From the County Court, Jim Wells County, Texas
Trial Court No. 19-08-59749-CV
Honorable Michael Ventura Garcia, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
                Irene Rios, Justice
                Lori I. Valenzuela, Justice

Delivered and Filed: June 11, 2025

DISMISSED

This is an appeal from an order naming appellant as a possessory conservator of a child and further ordering appellant to pay a child-support judgment and ongoing child support. Appellant is represented by retained counsel. On May 1, 2025, appellant filed a "Motion to Dismiss Notice of Appeal," stating:

> Appellant's undersigned counsel, after further review of case law, is of the opinion that the Court of Appeals will uphold the Trial Court's Ruling in this case. Therefore, the Notice of Appeal should be dismissed.

Appellee has not opposed appellant's motion. *See id.* TEX. R. APP. P. 10.3(a). Therefore, we grant the motion and dismiss this appeal. *See id.* R. 42.1(a)(1). Costs of the appeal are taxed against appellant. *See id.* R. 42.1(d).

PER CURIAM